# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-2012

———————————————

RAYTAURUS E. ARMSTRONG,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

November 30, 2018

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(d)(5) and
9.141(d)(6)(C).

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Raytauras E. Armstrong, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.